UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

GARTH RITSON, NANCY RITSON,
and PREMIER RV SOLUTIONS LLC,

        Plaintiff,

    v.                                        Case No. 08-C-352

WILLIAM PRESSLEY and
ANNETTE PRESSLEY,

        Defendant.

**ORDER GRANTING MOTION FOR A DEFAULT JUDGMENT**

      Plaintiffs Garth and Nancy Ritson and Premier RV Solutions, LLC commenced this replevin action against Defendants William and Annette Pressley seeking the return of the 2001 Winnebago Adventure motor home, VIN 5B4MP67GX13333752, (the "Motor Home"). According to the Complaint, the Defendants's entered in to a contract to purchase the Motor Home, but breached the contract by, *in alia*, failing to make required payments, failing to maintain insurance on the Motor Home, and failing to maintain a current phone number on record with Plaintiff Premier RV Solutions, LLC. This Court has jurisdiction under 28 U.S.C. § 1332, based on the diversity of citizenship of the parties. The file reflects that the Defendants were personally served with a copy of the Summons and Complaint on May 3, 2008, and have failed to appear, answer, or otherwise respond to the Complaint, and are therefore in default. Plaintiffs have filed a motion for a default judgment seeking a final order for possession of the motor home, as well as the costs and expenses incurred in trying to retrieve it.

Based upon the foregoing, **IT IS HEREBY ORDERED** that Plaintiffs' motion for a default judgment is granted and the clerk is directed to enter judgment in favor of the Plaintiffs and against the Defendants as follows:

- a) For possession of the Motor Home
- b) For damages for wrongful detention of the motor home in the amount of $13,000.28.
- c) In the event delivery of the Motor Home cannot be had, for Judgment of the value of the motor home in the amount of $80,000.
- d) For an award of taxable costs in the amount of $769.50.

**SO ORDERED** this __12th__ day of June, 2008.

    s/ William C. Griesbach
    William C. Griesbach
    United States District Judge